■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FARIS ABDUL-MATIYN, Appellant, v EUGENE LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court (Plumadore, J.), entered August 5, 1988 in Clinton County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Inasmuch as petitioner's application for a writ of habeas corpus asserts no issue which could not have been raised in his direct appeal, his application for a writ of error coram nobis or his three CPL 440.10 motions—indeed, he concedes each of his arguments has already been judicially reviewed— the writ was properly denied *(see, People ex rel. Douglas v Vincent,* 50 NY2d 901, 903; *People ex rel. Rosado v Miles,* 138 AD2d 808).

Judgment affirmed, without costs. Mahoney, P. J., Casey, Weiss, Yesawich, Jr., and Harvey, JJ., concur.